UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-55-RJC

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) | **ORDER** |
|  | ) |  |
| JOSHUA HANKINS | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

**THIS MATTER** comes before the Court on the parties' Joint Motion for Entry of Final Order and Judgment (Doc. 3), which was signed on February 24, 2014 by Defendant and his counsel. In the motion, the parties request that this Court enter a final order and judgment incorporating the various stipulations agreed to by the parties in the joint motion.

Among the provisions agreed to by the parties, the Defendant stipulates to entry of a judgment against him whereby he will be required to pay a civil penalty in the amount of fifty-five thousand dollars ($55,000) to the United States under 12 U.S.C. § 1833a. The Defendant further stipulates that he will not seek to obtain any loan from Branch Banking & Trust or First Charter Bank for a period of five (5) years from the entry of final judgment in this case. Additionally, Plaintiff agrees waives all rights of appeal and any further findings of fact or conclusions of law. Finally, the parties agree to bear their own costs and attorney's fees related to this action.

The Court has reviewed the stipulations and agreements of the parties, finds them in accordance with the wishes of the parties and valid as a matter of law. The Court adopts the

contents of the joint motion (Doc. 3) as its own, incorporates them into this order, and orders the parties to comply with all of the terms to which they have agreed in the joint motion.

## IV. CONCLUSION

**IT IS, THEREFORE ORDERED:**

1. The parties' Joint Motion for Entry of Final Order and Judgment (Doc. 3) is **GRANTED.**

2. The Court **ADOPTS** and **INCORPORATES** the terms agreed to in the joint motion as its own and enters a final judgment according to their terms. (Doc. 3).

3. Defendants Joshua Hankins is ordered to pay a penalty of fifty-five thousand dollars ($55,000) to the United States according to the terms and conditions stipulated by the parties in the joint motion (Doc. 3).

4. Final judgment is entered against Defendant Joshua Hankins according to the terms established in the joint motion (Doc. 3).

5. The Clerk of Court is directed to close this case.

Signed: March 18, 2014

Robert J. Conrad, Jr.
United States District Judge